UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CARLOS AUGUSTO CHANG BARRIOS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 1:25-cv-00406-JAW |
| CRAIG SHEPLEY, et al., | ) ) ) | |
| Respondents. | ) | |

**ORDER ON MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

The court extends a temporary restraining order, enjoining the federal respondents from removing the petitioner from the District of Massachusetts and ordering the federal respondents to continue to allow for communication between the petitioner and his counsel, both pending further order of this court.

On August 6, 2025, Petitioner Carlos Augusto Chang Barrios filed a verified petition for a writ of habeas corpus under 28 U.S.C. § 2241 and further sought, inter alia, a temporary restraining order (TRO) preventing his transfer outside the District of Maine as well as access to counsel. *Emer. Verified Pet. for Writ of Habeas Corpus and Req. for Emer. Injunctive Relief* (ECF No. 1).

On August 8, 2025, the Court granted Mr. Chang's request for TRO, temporarily enjoining the Federal Respondents from removing the Petitioner from the District of Maine and ordering the Federal Respondents to allow for communication between the Petitioner and his counsel, both pending further order of this Court. *Order on Mot. for TRO* at 1-10 (ECF No. 10). At the August 8, 2025 conference, the Court additionally granted the Federal Respondents' oral motion for

extension of time to respond to the Court's August 7, 2025 Order to Show Cause, *Order to Show Cause* (ECF No. 3), instructing the Federal Respondents to file their response by August 26, 2025. The Clerk of Court scheduled a status conference with the parties at a time mutually convenient on August 29, 2025. *Notice of Hr'g* (ECF No. 9).

On August 25, 2025, on motion of the Federal Respondents and consented to by the Petitioner, the Court amended its August 8, 2025 TRO effective August 19, 2025 to allow the Federal Respondents to transfer the Petitioner to the Plymouth County Correctional Institution in Massachusetts. *Order on Mot. to Amend TRO* (ECF No. 17). Next, on August 26, 2025, the Court granted the Federal Respondents further extension of time to respond. *Order on Mot. to Extend Time to File Return/Response* (ECF No. 19). The Federal Respondents responded to the Order to Show Cause, *Order to Show Cause* (ECF No. 3), on August 27, 2025. *Response to Order to Show Cause* (ECF No. 20). On August 28, 2025, the Petitioner filed a motion to extend and amend the TRO. *Pet'r's Mot. to Extend and Am. TRO* (ECF No. 21).

On August 29, 2025, the Court held a telephone conference of counsel. *Min. Entry* (ECF No. 22). Petitioner urged the Court to extend the TRO to maintain the status quo, which Federal Respondents did not oppose. The Court ordered counsel for Petitioner to file a response to Federal Respondents' response to the Order to Show Cause by September 5, 2025. Based on the unique facts in this case, the Court determined that there is good cause within the meaning of 28 U.S.C. § 2243 to extend the date of the hearing beyond the five-day period set forth in § 2243. Further, the

Court instructed the Clerk of Court to consult with counsel and schedule a hearing in accordance with 28 U.S.C. § 2243 for one hour between September 15, 2025 and October 1, 2025.

Under Federal Rule of Civil Procedure 65(b)(2), a temporary restraining order, "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record." FED. R. CIV. P. 65(b)(2). Here, Petitioner seeks to extend the TRO to accommodate and reflect developments in status of Petitioner's underlying immigration proceeding. The motion is without opposition.

Based on the foregoing, the Court ORDERS:

1. The Court GRANTS the Petitioner's Motion to Extend and Amend Temporary Restraining Order (ECF No. 21), and ORDERS that the August 8, 2025 Order on Motion for Temporary Restraining Order (ECF No. 10) is EXTENDED and that it shall be in effect until October 1, 2025.

2. Further, the Court ORDERS the petitioner to submit a response to Federal Respondents' Response to Order to Show Cause by September 5, 2025. (ECF No. 20).

3. Finally, the Court ORDERS for good cause that a hearing be scheduled in accordance with 28 U.S.C. § 2243 at the mutual convenience of the Court and that parties for one hour between September 15, 2025 and October 1, 2025.

SO ORDERED.

                                          <u>/John A. Woodcock, Jr.</u>
                                          JOHN A. WOODCOCK, JR.
                                          UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2025