UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CARLOS AUGUSTO CHANG BARRIOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:25-cv-00406-JAW |
| | ) | |
| CRAIG SHEPLEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER TERMINATING TEMPORARY RESTRAINING ORDER**

In its order granting petition for writ of habeas corpus dated September 29, 2025, the Court noted that its Temporary Restraining Order (TRO) dated August 8, 2025 was scheduled to expire on October 1, 2025 and orders the parties to consult and inform the Court by the end of the day on October 1, 2025 as to their respective positions regarding an extension of the injunction. *Order Granting Pet. for Writ of Habeas Corpus* at 28 (ECF No. 29). Assistant United States Attorney (AUSA) Lizotte has confirmed with the Court that Mr. Chang Barrios has been released and is no longer in custody, and AUSA Lizotte contends that there is no longer any need for the TRO because Mr. Chang Barrios is no longer in custody. Attorney Peters Logan apparently agrees that Mr. Chang Barrios has been released, but he would prefer that the Court maintain the TRO until the conclusion of the bond proceedings at the Immigration Court.

The Court agrees with the Government. The Court has limited authority under Federal Rule of Civil Procedure 65(b)(2) to extend a TRO, absent the consent of the parties. FED. R. CIV. P. 65(b)(2). Under Rule 65(b)(2), a TRO must expire within

fourteen days of its issuance and may be extended for good cause for a "like period" unless the adverse party "consents to a longer extension." *Id.* As the Court understands the rule, absent the Government's consent, the Court may not extend the TRO in this case. *See Granny Goose Foods v. Brotherhood of Teamsters & Auto Trust Drivers*, 415 U.S. 423, 433 (1974). Of course, if the Government reasserts custody of Mr. Chang Barrios or if the case proceeds to a preliminary injunction, the Court may reassert its order that the Government not remove him from the commonwealth of Massachusetts absent an order to the contrary.

The Court ORDERS the Temporary Restraining Order as amended on August 8, 2025 (ECF No. 10) DISSOLVED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2025