UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CARLOS AUGUSTO CHANG BARRIOS )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CRAIG SHEPLEY, et al. )<br>)<br>Respondents, ) | CIVIL NO. 1:25-cv-00406-JAW |

JUDGMENT OF DISMISSAL

In accordance with the Order entered by U.S. District Judge John A. Woodcock, Jr. on October 27, 2025,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Joanne McCue
       Deputy Clerk

Dated: October 28, 2025